## 37330. SYKES v. SYKES.

Judgment affirmed without opinion pursuant to Rule 59. *All the Justices concur.*

DECIDED JUNE 2, 1981.

*Douglass & Young, Ronald W. Young,* for appellant.

*Bennett, Wisenbaker, Bennett & Chapman, Reginald C. Wisenbaker,* for appellee.